1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVAR BROWN, | ) | Case No. CV 13-4145 VAP(JC) |
| Petitioner, | ) | (PROPOSED) |
| v. | ) | JUDGMENT |
| JERRY BROWN, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: June 24 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE